**Deny Writ and Opinion Filed July 2, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00775-CV**

**IN RE THERESA BARNETT, Relator**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relator contends the trial judge erred in making a number of pretrial rulings related to discovery, continuances of the trial, and motions for summary judgment and to dismiss. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus, motion for emergency relief, and motion for extension of time to file response and amended writ. We further **DENY** real parties in interest's motion for sanctions.

DAVID L. BRIDGES
JUSTICE